IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:04CV346 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DEFAULT JUDGMENT AND |
| ONE WHITE 1997 FORD EXPEDITION ) | DECREE OF FORFEITURE |
| VIN 1FMFU18L7VLA80787, ) | |
| ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendant and any unknown claimants (Filing No. 14). Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, neither personally nor through counsel. No Claimants are present, either personally or through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

A Complaint for Forfeiture was filed herein on July 28, 2004. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated August 5, 2004.

No person or entity entitled to the Defendant property has filed a Claim or Answer to Plaintiff's Complaint within the time fixed by law.

The Plaintiff's Request for the Clerk's Entry of Default was granted by this Court on October 1, 2004. Based on these findings, In conclude that the Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. The Motion for Default Judgment and Decree of Forfeiture (Filing No. 14) is granted.

2. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

3. The Defendant property is hereby forfeited to the United States of America.

4. The Defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

DATED this 17th day of November, 2004.

                                                BY THE COURT:

                                                <u>s/Laurie Smith Camp</u>
                                                Laurie Smith Camp
                                                United States District Judge